**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

LUIS ALONSO RODRIGUEZ ANGEL,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Respondents.

Case No. 5:26-cv-02711-JWH-MBK

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed objections to the Report and Recommendation. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. Respondents are **DIRECTED** to provide Petitioner Luis Alonso Rodriguez Angel with a *Rodriguez* bond hearing no later than August 4, 2026.

3. Respondents are also **DIRECTED** to file a Status Report no later than August 6, 2026, confirming that Rodriguez Angel has received a bond hearing consistent with this Order.

**IT IS SO ORDERED.**

Dated: July 27, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE