JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ALONSO RODRIGUEZ ANGEL,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Respondents. | Case No. 5:26-cv-02711-JWH-MBK<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Findings and Recommendations of the United States Magistrate Judge" entered on or about July 27, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The petition for writ of habeas corpus is **GRANTED**.
2. This action is **DISMISSED with prejudice**.
3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 6, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE